Dismissed and Memorandum Opinion filed December 14, 2006








Dismissed
and Memorandum Opinion filed December 14, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00563-CV

____________

 

PATRICK SEWELL, Appellant

 

V.

 

MELISSA A. SEWELL,
Appellee

 



 

On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 05-08919

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 12, 2006.  On December 4, 2006, appellant
filed an unopposed motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 14, 2006.

Panel consists of Justices Yates, Anderson, and Hudson.